IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARC VIANELLO, <br><br> **Plaintiff,** <br><br> v. <br><br> CITY OF PRAIRIE VILLAGE, KANSAS, <br><br> **Defendant.** | Case No. 2:25-CV-02383-JAR-TJJ |

## ORDER

Plaintiff Marc Vianello filed this action on July 16, 2025, against Defendant the City of Prairie Village, Kansas, challenging Defendant's issuance of general obligation bonds associated with building a new City Hall.[1] On July 25, 2025, Defendant moved to dismiss for lack of jurisdiction and for failure to state a claim.[2] On August 15, 2025, Plaintiff filed his response to Defendant's July 25, 2025 motion; Defendant's reply is due within fourteen (14) days of Plaintiff's response.[3] However, the Court is concerned that the briefing already filed by both parties insufficiently address whether the Plaintiff has standing to assert his *federal* claims before this Court. Accordingly, the Court directs the parties to submit briefing that addresses whether the Plaintiff has met the constitutional requirements for *federal* standing.[4] The Court will extend the page limitation for Defendant's forthcoming reply to allow it to adequately address this issue.

---

[1] Doc 1.

[2] Doc. 4.

[3] Doc. 14; D. Kan. Rule 6.1(d)(1).

[4] A court lacking jurisdiction must dismiss the case, regardless of the stage of the proceeding, when it becomes apparent that jurisdiction is lacking. *See Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995)). A court cannot exercise supplemental jurisdiction over state law claims without *first* establishing federal question or diversity jurisdiction. 28 U.S.C. § 1367.

And the Court will permit Plaintiff leave to file a sur-reply to address the federal standing issue only.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant's reply brief shall address the issue of *federal* standing; it shall not exceed fifteen (15) pages.  Plaintiff may file a sur-reply fourteen (14) days later, which shall not exceed ten (10) pages.[5]

**IT IS SO ORDERED.**

Dated: August 22, 2025

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

---

[5] Plaintiff's brief in opposition to Defendant's motion to dismiss is out of compliance with at least one local rule. *See* Kan. Rule 5.1(a) ("Pleadings, motions, briefs, and other papers submitted for filing must be . . . double-spaced, in no less than 12-point font.").  Plaintiff is encouraged to review the local rules and comply with them in future filings.